IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFONSO PEW | : | CIVIL ACTION |
| | : | |
| v. | : | No. 24-5981 |
| | : | |
| ANTHONY LETIZIO, et al. | : | |

## ORDER

AND NOW, this 26th day of March, 2026, upon consideration of Defendant Wellpath, LLC's Motion to Dismiss (Dkt. No. 14), Plaintiff Alfonso Pew's opposition, the orders entered in *In re Wellpath Holdings, Inc., et al.*, No. 24-90533 (Bankr. S.D. Tex.), and for the reasons stated in the accompanying memorandum, it is ORDERED:

1. Wellpath's Motion to Dismiss is **GRANTED**. All claims against Wellpath are **DISMISSED WITH PREJUDICE**;

2. Pew's request to substitute the Liquidating Trust or any insurer as a party is **DENIED WITHOUT PREJUDICE**;

3. This action may **PROCEED** against Defendant Dr. Anthony Letizio, as the remaining non-debtor defendant. Dr. Letizio must file a responsive pleading within 14 days of this Order; and

4. Pew's Motion for Extension of Time (Dkt. No. 16) is **DENIED AS MOOT**.[1]

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1]     Based on Pew's filing, it is unclear what Pew needs time to respond to because he filed a response to Wellpath's motion. It seems to refer to the bankruptcy proceeding, which this court has no jurisdiction over.